IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIONE TRAYVON CISCO, | No. 2:20-CV-2138-TLN-DMC-P |
| Petitioner, | |
| v. | ORDER |
| JOHNSON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court are Petitioner's motions for leave to proceed in forma pauperis (ECF Nos. 4 and 7).  Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Petitioner is unable to prepay fees and costs or give security therefor.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motions for leave to proceed in forma pauperis (ECF Nos. 4 and 7) are granted.

Dated:  November 18, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1